IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RETTIS MARCH, SR                                                                                PLAINTIFF

v.                                         3:05CV00168 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ORDERED this 18th day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE